**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7119**

---

HERMAN E. HARSTON,

Plaintiff - Appellant,

versus

P. L. HUFFMAN; JIMMY L. HYLTON,

Defendants - Appellees.

---

**No. 95-7652**

---

HERMAN E. HARSTON,

Plaintiff - Appellant,

versus

CHRIS PETERSON; PRINCIPAL UMBERGER; MR. ST. JOHN,

Defendants - Appellees.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-94-788-R, CA-94-175)

---

Submitted: January 11, 1996        Decided: January 23, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herman E. Harston, Appellant Pro Se.  Martha Murphey Parrish, Assistant Attorney General, Richmond, Virginia; Peter Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Harston v. Huffman, No. CA-94-788-R; Harston v. Peterson, No. CA-94-175 (W.D. Va. July 11, 1995; June 15, 1995, and Oct. 10, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED